UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Terrance Redwine, | Civ. No. 24-790 (JWB/ECW) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| B. Eischen, *Warden FPC Duluth*, | |
| Respondent. | |

---

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") on January 21, 2025. (Doc. No. 11.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The January 21, 2025 Report and Recommendation (Doc. No. 11) is **ACCEPTED**; and

2. Petitioner Terrance Redwine's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 25, 2025

                                                    *s/ Jerry W. Blackwell*
                                                    JERRY W. BLACKWELL
                                                    United States District Judge